# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:                                                                                  Case No. 17 B 21311

    Leon Sims

               Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/18/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 07/28/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $486.92 |
| Less amount refunded to debtor | $486.92 |

**NET RECEIPTS:** **$0.00**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American InfoSource LP (agent for TMob: | Unsecured | 216.42 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP (agent for Verizo | Unsecured | 1,096.06 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| AmeriMark | Unsecured | 268.12 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 440.14 | NA | NA | 0.00 | 0.00 |
| CITIZENS FINANCE COMPANY | Unsecured | 984.11 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Secured | 682.10 | NA | 682.10 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 3,158.66 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MGMT | Unsecured | 2,163.00 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SVC | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |
| Inbox Loan | Unsecured | 793.00 | NA | NA | 0.00 | 0.00 |
| IRS 1 | Priority | 6,000.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital System | Unsecured | 344.44 | NA | NA | 0.00 | 0.00 |
| Mason c/o Creditors Bankruptcy Service | Unsecured | 105.19 | NA | NA | 0.00 | 0.00 |
| Masseys | Unsecured | 495.27 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Secured | 4,000.00 | NA | 4,000.00 | 0.00 | 0.00 |
| New Ashland Medical & Dental: Zaffar M | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 464.79 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 1,905.82 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery | Unsecured | 444.38 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 492.27 | NA | NA | 0.00 | 0.00 |
| Quantum 3 Group LLC as agent for MOM | Unsecured | 380.97 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 20.94 | NA | NA | 0.00 | 0.00 |
| SPS | Secured | 55,000.00 | NA | NA | 0.00 | 0.00 |
| SPS | Secured | 42,224.32 | NA | 42,224.32 | 0.00 | 0.00 |
| Stoneberry | Unsecured | 477.28 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT FRES | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $42,224.32 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,000.00 | $0.00 | $0.00 |
| All Other Secured | $682.10 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$46,906.42** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/11/2017        By: /s/ Marilyn O. Marshall
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**